1 McGREGOR W. SCOTT
United States Attorney
2 CAMIL A. SKIPPER
Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, California 95814
4 Telephone: (916) 554-2709





8           IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,     )    CR. 2 06 - CR - 0445 OR
                                 )
12                 Plaintiff,    )    VIOLATIONS:  18 U.S.C.
                                 )    § 1957 - Monetary
13     v.                        )    Transaction in Property
                                 )    Derived from Specified
14 MICHAEL A. TRUMPOWER,         )    Unlawful Activity (2 counts)
                                 )
15                 Defendant.    )
                                 )
16 _____

17             I N D I C T M E N T

18 COUNTS ONE AND TWO:  [18 U.S.C. § 1957 - Monetary Transaction
                         in Property Derived from Specified
19                       Unlawful Activity]

20     The Grand Jury charges:

21               MICHAEL A. TRUMPOWER,

22 defendant herein, as follows:

23     1.    At all times relevant to this Indictment, defendant

24 MICHAEL A. TRUMPOWER was an individual who resided in Arizona and

25 was the president of Matco, Inc., which he represented to be an

26 oil exploration company located in Prescott, Arizona.

27     2.    Beginning no later than approximately September 1998

28 and continuing through at least January 2002, in the State and

                        1

1  Eastern District of California and elsewhere, defendant MICHAEL

2  A. TRUMPOWER knowingly and willfully devised a scheme and

3  artifice to defraud, and to obtain money from various investors

4  in an oil exploration venture managed by Matco, Inc., by means of

5  materially false and fraudulent pretenses, representations, and

6  promises, and for the purpose of executing such scheme and

7  artifice to defraud, caused the United States mails and other

8  interstate commercial carriers to be used, and caused wire

9  communications in interstate and foreign commerce.  As part of

10  said scheme and artifice to defraud, defendant MICHAEL A.

11  TRUMPOWER made numerous material misrepresentations to investors

12  relating to the business operations and financial prospects of

13  Matco, Inc., including the nature and status of Matco, Inc.'s

14  contracts, capitalization, funding, and need for short-term

15  loans,.

16      3.    Defendant MICHAEL A. TRUMPOWER, on or about the dates

17  set forth below, in the State and Eastern District of California,

18  and elsewhere, did knowingly engage and attempt to engage in the

19  monetary transactions affecting interstate and foreign commerce

20  described below, each in criminally-derived property of a value

21  greater than $10,000, in the approximate amounts set forth below,

22  such property having been derived from specified unlawful

23  activities, that is, mail fraud, a violation of Title 18, United

24  States Code, Section 1341, and wire fraud, in violation of Title

25  18, United States Code, Section 1343:

26  ///

27  ///

28  ///

2

| COUNT | DATE OF TRANSACTION | DESCRIPTION OF MONETARY TRANSACTION |
|-------|---------------------|-------------------------------------|
| 1 | 11/13/2001 | Defendant MICHAEL A. TRUMPOWER caused the interstate transportation of approximately $180,000 from Nevada City, California, to Prescott, Arizona, for deposit into an account he controlled at Bank of America in Prescott, Arizona |
| 2 | 1/31/2002 | Defendant MICHAEL A. TRUMPOWER caused the wire transfer of approximately $20,000 from the Ridgewood Associates, Inc., account at Citizens Bank in Nevada City, California, to the Matco, Inc. account at Bank of America in Prescott, Arizona |

All in violation of Title 18, United States Code, Sections 1957 and 2.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

_____
McGREGOR W. SCOTT
United States Attorney

3

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

## MICHAEL A. TRUMPOWER

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 1957 - Monetary Transaction in
Property Derived from Specified Unlawful Activity (2 counts)

*A true bill,*

*Foreman.*

*Filed in open court this* __26th__ *day*

*of* _October_ , *A.D.* 20 06

*Clerk.*

*Bail, $* 0 - plead freon

GPO 863 525

**MICHAEL A. TRUMPOWER**

COUNTS ONE AND TWO:

**VIOLATION:**          18 U.S.C. § 1957- Monetary Transaction in Property Derived from Specified Unlawful Activity

**PENALTY:**          NMT 10 Years Imprisonment
NMT Twice the Amount of Criminally Derived Property or $250,000;
Not more than 3 years TSR