


1  McGREGOR W. SCOTT
   United States Attorney
2  CAMIL A. SKIPPER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:                          )   CR. NO. 2:06-CR-0445 DM
                                )
PETITION TO SEAL                )   ORDER TO SEAL
INDICTMENT                      )
_____)

The Court hereby orders that the Petition of Camil A. Skipper, Assistant United States Attorney for the Easter District of California, to seal Indictment, the Indictment, and this Order dated October 26, 2006, in the above-referenced case shall be sealed until further order of the Court.

SO ORDERED.

DATED: __10/26/06__

HON. KIMBERLY J. MUELLER
United States Magistrate Judge

1