McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

**FILED**

FEB 14 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-06-445 DFL |
| ) | |
| Plaintiff, ) | **ORDER UNSEALING INDICTMENT** |
| ) | |
| v. ) | |
| ) | |
| MICHAEL A. TRUMPOWER, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that:

The indictment filed in the above-captioned matter be ordered UNSEALED.

DATED: 2/13/07

_____
HON. KIMBERLY J. MUELLER
United States Magistrate Judge

1