UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>Michael Trumpower,<br><br>    Defendant. | Case No.  S 06-cr-0445-DLJ<br><br>**AMENDED ORDER CONTINUING PRETRIAL CONFERENCE AND EXCLUDING TIME** |

Pursuant to the stipulation of the parties, and grounds appearing,

**IT IS ORDERED** vacating the pretrial conference presently set in the above captioned case for July 24, 2007, at the hour of 9:00 o'clock a.m., and resetting that pretrial conference before this Court on the 14th day of August, 2007, at the hour of 9:00 o'clock a.m.

**IT IS FURTHER ORDERED** excluding time from July 10, 2007.

DATED this 20th day of July, 07.

_____
UNITED STATES DISTRICT JUDGE

-1-