McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2709

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-06-445 DLJ |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE BRIEFING SCHEDULE; ORDER |
| MICHAEL TRUMPOWER, | |
| Defendant. | |

It is hereby agreed between the parties that the government's responses to the defendant's motions for disclosure, for Rule 15 depositions, and to dismiss due December 28, 2007, be made due January 11, 2008.  This stipulation acknowledges that government counsel was unexpectedly absent from the office due to a family emergency and was unable to timely file the responsive briefs.  To allow time for government counsel to file meaningful responses, but ensure those responses are filed before counsel begins an extended leave, defense counsel has graciously agreed that opposition briefs should be filed by January 11, 2008.[1]

---

[1] Government counsel also has advised defense counsel that, due to an extended family leave beginning January 21, 2008, this case will be reassigned to another prosecutor.  Government

1    In a telephone message left on January 3, 2008, defense
2 counsel authorized government counsel to sign this stipulation on
3 his behalf.

4 DATED: January 3, 2008          McGREGOR W. SCOTT
                                  United States Attorney
5

6
                             By   /s/ Camil A. Skipper
7                                 CAMIL A. SKIPPER
                                  Assistant U.S. Attorney
8

9

10 DATED: January 3, 2008          /s/ Tim D. Coker
                                   TIM D. COKER
11                                 Attorney for defendant

12

13

14

15                              **ORDER**

16    IT IS HEREBY ORDERED THAT, good cause having been shown, the
17 government's responses to the defendant's motions for disclosure,
18 for Rule 15 depositions, and to dismiss are due no later than
19 January 11, 2008.

20

21 Date: January 3, 2008           _____
                                   D. LOWELL JENSEN
22                                 Senior Judge

23

24
_____

25
counsel does not expect to return to the office until July 2008.
26 In the event the newly assigned assistant U.S. attorney cannot be
   prepared to proceed on January 29, 2008, he or she will contact
27 defense counsel and prepare a stipulation and proposed order
   resetting the hearing on the motions so as to avoid any
28 unnecessary interstate travel for counsel and the defendant.

2