Tim Coker #007022
Attorney at Law
637 N. 3rd Ave., Ste. 6
Phoenix, AZ  85003
(602) 258-2611
(Fax) 258-2664
TimCoker@cox.net
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Michael Trumpower,<br><br>  Defendant. | Case No.  S 06-cr-0445-DLJ<br><br>**STIPULATED ORDER CONTINUING HEARING AND BRIEFING DEADLINES** |

Plaintiff and Defendant having stipulated to an extension of the time for Defendant to reply to the government's responses to his motions, and for a continuance of the status and motion hearing presently set for January 29, 2008 at 11:00 am, and grounds appearing,

**IT IS ORDERED** extending the time for Defendant to reply to the government's responses to his motions from January 25, 2008, to February 15, 2008.

**IT IS FURTHER ORDERED** continuing the status and motion hearing presently set for January 29, 2008 to the 26 day of February, 2008, at the hour of 11:00 o'clock a.m., in Courtroom 7, United States District Court, 501 I Street, Sacramento, CA 95814.

**IT IS FURTHER ORDERED** that time shall be excluded from the calculations under the Speedy Trial Act from January 25, 2008 through and including February 26, 2008 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation.

DATED this 23rd day of January, 08.

_____
D. LOWELL JENSEN
United States District Judge

-1-