Tim Coker #007022
Attorney at Law
637 N. 3rd Ave., Ste. 6
Phoenix, AZ  85003
(602) 258-2611
(Fax) 258-2664
TimCoker@cox.net
Attorney for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

United States of America,

  Plaintiff,

  vs.

Michael Trumpower,

  Defendant.

Case No.  S 06-cr-0445-DLJ

**STIPULATED ORDER CONTINUING STATUS HEARING**

  Plaintiff and Defendant having stipulated to continue the status hearing set for April 15, 2008 at 11:00 a.m. and grounds appearing,

  **IT IS ORDERED** continuing the status hearing presently set for April 15, 2008 to May 20, 2008, at the hour of 11:00 o'clock a.m., in Courtroom 7, United States District Court, 501 I Street, Sacramento, CA 95814.

  **IT IS FURTHER ORDERED** that time shall be excluded from the calculations under the Speedy Trial Act from April 15, 2008 through and including May 20, 2008 pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for defense preparation.

  DATED this 15th day of April, 08.


/s/ D. Lowell Jensen
HON. D. LOWELL JENSEN
United States District Judge

-1-

PDF created with pdfFactory trial version www.pdffactory.com