McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>           Plaintiff,          )<br>                                )<br>      v.                        )<br>                                )<br> MICHAEL A. TRUMPOWER,           )<br>                                )<br>                                )<br>           Defendant.           )<br> _____) | CR. No. S-06-445 JAM<br><br>ORDER DISMISSING COUNT TWO OF<br>THE INDICTMENT RETURNED OCTOBER<br>26, 2006 |

On the government's Fed. R. Crim. P. 48(a) motion filed August 1, 2008, the Court orders that Count Two of the Indictment returned on or about October 26, 2006 be, and the same hereby is, DISMISSED.

IT IS SO ORDERED.

DATED: August 1, 2008

/s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge