```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  COURTNEY J. LINN
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2755
 5
 6
 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10
    UNITED STATES OF AMERICA,    )   CR. No. S-06-445 JAM
11                               )
                    Plaintiff,   )   ORDER DISMISSING COUNT ONE OF
12                               )   THE INDICTMENT RETURNED OCTOBER
         v.                      )   26, 2006
13                               )
    MICHAEL A. TRUMPOWER,        )
14                               )
                                 )
15                               )
                    Defendant.   )
16  _____)
17
18       On the government's Fed. R. Crim. P. 48(a) motion filed
19  September 26, 2008, the Court orders that the sole remaining
20  count (Count One) of the Indictment returned on or about October
21  26, 2006 be, and the same hereby is, DISMISSED.
22       All previously calendared dates are vacated.  The Clerk of
23  the Court is directed to close the matter.
24       IT IS SO ORDERED.
25  DATED: 9/29/2008
26                                   /s/ John A. Mendez
27                                   HON. JOHN A. MENDEZ
                                     United States District Judge
28
```