```
1  Tim Coker #007022
   Attorney at Law
2  408 E. Southern Ave., Ste. 102
   Tempe, AZ 85282
3  (602) 258-2611
   (Fax) 258-2664
4  TimCoker@cox.net
   Attorney for Defendant
5
```




## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>Michael Trumpower,<br><br>  Defendant. | Case No. S 06-cr-0445-JAM<br><br>**ORDER EXONERATING APPEARNCE BOND, CANCELING AGREEMENT TO FORFEIT REAL PROPERTY, AND RELEASING HOMESTEAD WAIVER** |

The above entitled case having been dismissed, and Defendant having posted an appearance bond secured by Lee A. Monk's real property, agreement to forfeit same, and waiver of homestead exemption, and grounds appearing,

**IT IS ORDERED** exonerating Defendant's appearance bond, releasing Lee Monk's waiver of homestead to Lee Monk, and canceling Lee Monk's agreement to forfeit the following real property:

3742 Roxanne Avenue, Long Beach, CA 90808

Lot 391 in Tract 16619, in the City of Long Beach, County of Los Angeles, State of California, as per map recorded in Book 477 Pages 8 to 14 inclusive of maps, in the office of the county recorder of said county.

DATED this 30th day of September, 2008.

JOHN A. MENDEZ
United States District Judge

-1-