Tim Coker, 007022
408 E. Southern Ave., Ste. 102
Tempe, AZ 85282
602-258-2611
(Fax) 258-2664
timcoker@cox.net
Attorney for Defendaant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>    Plaintiff,<br>vs.<br>Michael Trumpower,<br>    Defendant. | Case No.  S 06-cr-0445-JAM<br><br>**ORDER FOR RELEASE OF PASSPORT** |

The above entitled case having been dismissed, and Defendant having surrendered his passport as a condition of pretrial release, and grounds appearing,

**IT IS ORDERED** releasing Defendant's passport and allowing Pretrial Services to return it to Defendant or his counsel.

DATED this 6th day of October, 2008.

/s/ John A. Mendez_____
HON. JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com